# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ISIAH A. WATSON**                                                                       **PLAINTIFF**

v.                           No. 3:24-cv-59-DPM

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                                             **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 13*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Notwithstanding Watson's struggles with chronic pain, substantial record evidence supports the ALJ's decision, and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Watson's complaint will therefore be dismissed with prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 April 2025