IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ISIAH A. WATSON**                                                                          **PLAINTIFF**

v.                                      No. 3:24-cv-59-DPM

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                                              **DEFENDANT**

## JUDGMENT

Watson's complaint is dismissed with prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>21 April 2025</u>